UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 2008-cv-00363 - RPM - MJW

CYNTHIA MERRIAM.

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,
    and
NOBLE ENERGY PRODUCTION, INC.,
    a/k/a NOBLE ENERGY and f/k/a NOBLE ENERGY, INC.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2008

GREGORY C. LANGHAM
CLERK

### ORDER RE UNOPPOSED MOTION TO DISMISS NOBLE WITHOUT PREJUDICE

THE COURT, having reviewed the Unopposed Motion to Dismiss Noble Without Prejudice, in being fully advised in the premises, grants said motion.

1. Noble Energy Production, Inc., a/k/a Noble Energy and f/k/a Noble Energy, Inc., is hereby dismissed without prejudice from the instant action, each party to pay their own attorneys fees and costs, if any.

2. The caption is amended to read: "Cynthia Merriam, Plaintiff, v. Life Insurance Company of North America, Defendant."

So ordered this 27 day of March, 2008.

BY THE COURT:

[signature]