# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-0363-RPM-MJW

CYNTHIA MERRIAM,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

**ORDER**

---

Upon consideration of the unopposed motion of defendant Life Insurance Company of North America seeking leave to file in paper format the administrative record in this case subject to the Employee Retirement Income Security Act, it is

ORDERED that defendant Life Insurance Company of North America may file in paper format the administrative record in this case.

Dated this 22nd day of October, 2008.

                                         s/ Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior Judge

3993928_1.DOC

1