**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: September 28, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

───────────────────────────────────────────────

Civil Action No. 08-cv-00363-RPM

CYNTHIA MERRIAM,                                         Michael S. Krieger

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,        Jack M. Englert, Jr.

    Defendant.
───────────────────────────────────────────────

## COURTROOM MINUTES
───────────────────────────────────────────────

**Hearing on Motion for Summary Judgment**

**1:57 p.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the case.

Argument by Mr. Krieger.
Argument by Mr. Englert.
Rebuttal Argument by Mr. Krieger.

**ORDERED:**     Motion for Summary Judgment, filed September 22, 2008 [12], stands submitted and is taken under advisement.

**3:07 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 1 hr.